UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: BRICKLEY, CARLA A
   Debtor(s)

CASE NO. 09-22698 JPK

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT**

      TO: THE HONORABLE:  J. Phillip Klingeberger

      Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1.    I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2.    Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

      Chase Bank USA, N.A.                   $3.23

3.    Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:    July 6, 2011        By: /s/ Stacia L. Yoon
                                              STACIA L. YOON, TRUSTEE #16933-53
                                              Genetos Retson & Yoon LLP
                                              8585 Broadway, Suite 480
                                              Merrillville, IN 46410
                                              Telephone: (219) 755-0401
                                              bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Chase Bank USA, N.A., P.O. Box 15145, Wilmington, DE 19850-5145

| Printed: 06/30/11 11:40 AM | Claims Distribution Small Checks | Page: 1 |

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 09-22698 - BRICKLEY, CARLA A

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 92006148384466 | 108 | | 06/30/11 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $3.23 |
| | | 1 | 07/01/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 197.45 | 197.45 | 3.23 | 3.23 |

(*) Denotes objection to Amount Filed